### EVANS *v.* THE STATE.

GILBERT, J.  1. There was no evidence in the case requiring or authorizing a charge upon the subject of voluntary manslaughter, and the failure of the court to charge upon that subject was not error.

2. Even if the statement of the accused authorized a charge upon the subject of voluntary manslaughter, there was no request in writing to so charge; and in the absence of a written request the court was not bound to present a theory of the case based solely upon the statement. *Felder* v. *State,* 149 *Ga.* 538 (101 S. E. 179).

3. The verdict is supported by evidence; and this is conceded in the brief of the plaintiff in error. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*
No. 2479.  APRIL 14, 1921.

Indictment for murder. Before Judge Thomas. Thomas superior court. February 10, 1921.

*J. M. Austin* and *W. H. Hammond,* for plaintiff in error.

*R. A. Denny, attorney-general, C. E. Hay, solicitor-general,* and *Graham Wright,* contra.

---

### CARITHERS *et al. v.* CITY OF COMER *et al.*

GEORGE, J.  1.  Under the pleadings and the evidence the court did not abuse his discretion in denying the interlocutory injunction.

2. None of the rulings on the admissibility of evidence show cause for reversal.                    *Judgment affirmed. All the Justices concur.*
No. 2146.  APRIL 15, 1921.

Petition for injunction. Before Judge Hodges. Madison superior court. June 18, 1920.

*Gordon & Gordon* and *Holden, Jennings & Holden,* for plaintiffs.

*Erwin, Erwin & Nix* and *Berry T. Moseley,* for defendants.